UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :      S10
       v.                       :      S9 07 Cr. 308 (NRB)
                                :
MIGUEL SILFA-MARTINEZ,          :
     a/k/a "Papi,"              :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                      _____
                                      MIGUEL SILFA-MARTINEZ
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Mark Stein, Esq.
                                      Counsel for Defendant

Date:  New York, New York
       July 17, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 17 2008

0202